# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2019

## NO. 03-17-00537-CR

**Ray Castro Zapata, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.